UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| BIN LU,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | No. 1:26-CV-405-H |

## ORDER

On August 14, 2026, Bin Lu filed his petition for a writ of habeas corpus, challenging his detention without a bond hearing. Dkt. No. 1. Because of certain factual deficiencies, the Court ordered Lu to file an amended petition on or by September 8. Dkt. No. 3. Lu missed that deadline. On October 8, the Court once again ordered Lu to file an amended petition, and it advised Lu that his failure to do so on or by October 13 would result in the involuntary dismissal of his petition without prejudice. Dkt. No. 4; *see* Fed. R. Civ. P. 41(b); *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962)). Now, once again, Lu has missed his deadline. He has not filed his amended petition, sought a further extension to do so, apprised the Court of why he is delayed, or indeed communicated with the Court in any way. Because of Lu's failure to follow a court order and his apparent unwillingness to prosecute his case, his petition is dismissed without prejudice.

So ordered on October 16, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE